

**JEANNETTE J. CLACK**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
525 Magoffin Ave., Suite 105
El Paso, Texas 79901

FILED FOR RECORD
IN MY OFFICE

2019 MAR -4 PM 1:13

PHILIP J. DEVLIN
~~CHIEF DEPUTY~~
COUNTY CLERK
EL PASO COUNTY, TEXAS

Norma L. Favela, District Clerk
El Paso County Courthouse
500 E. San Antonio, Suite 103
El Paso, Texas 79901

    I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the El Paso Probate Court No. 2, El Paso County, Texas, pursuant to an Order entered remanding, by the Honorable Judge David C. Guaderrama.  Enclosed are the copies of documents filed and orders entered as they appear on the electronic docket on file in this office, together with a certified copy of the transferring order and docket entries in the cause entitled:   Case Number: EP-19-CV-00001-DCG Leo Roland Turner, Ailene Turner, and Lawrence Milbourn, Jr. V. Voya Retirement Insurance and Annuity Company, Erika Gonzalez Martinez and Pat Graham-Casey, as Administratrix of the Estate of Lawrence Edmund Milbourn.

    IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at El Paso, Texas, this 1st day of March, 2019 .

    JEANNETTE J. CLACK, CLERK

BY: _____
Margarita R. Chiong, Deputy Clerk

*Please acknowledge receipt on the enclosed
copy of this letter and return to this office.*